AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-32-DLF |
| Internet Research Agency, LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 06/22/2018

/s/ Heather N. Alpino
*Attorney's signature*

Heather N. Alpino (Md. #1412160014)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

HNA@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*