**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>INTERNET RESEARCH AGENCY, LLC, ET AL.<br><br>　　　　*Defendant*. | Criminal No. 18-cr-32  (DLF) |

**GOVERNMENT'S MOTION REGARDING STATUS OF SERVICE**

　　The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully moves the Court to order the government to submit a status report, in lieu of a hearing, regarding service by September 7, 2018. During the May 9, 2018 arraignment of Defendant Concord Management and Consulting, LLC, the Court set a control date of July 9, 2018, to receive an update regarding service of the summons on two codefendants, Concord Catering and Internet Research Agency, LLC. The government has submitted service requests to the Russian government pursuant to a mutual legal assistance treaty. To the government's knowledge, no further steps have been taken within Russia to effectuate service. The government therefore respectfully requests that the Court order the government to submit a status report, in lieu of a hearing, regarding service by September 7, 2018.

Dated: July 6, 2018                                                     Respectfully submitted,

JESSIE K. LIU                                                              ROBERT S. MUELLER III
U.S. Attorney for the District of Columbia               Special Counsel

　　　　　　　　　　　　　　　　　　　　By:　　　　/s/ Ryan K. Dickey　　　　
Deborah Curtis                                                          Jeannie S. Rhee
Jonathan Kravis                                                        L. Rush Atkinson
Kathryn Rakoczy                                                      Ryan K. Dickey
Assistant U.S. Attorneys                                          U.S. Department of Justice

| | |
|---|---|
| United States Attorney's Office | Special Counsel's Office |
| District of Columbia | 950 Pennsylvania Avenue NW |
| 555 Fourth Street N.W. | Washington, D.C. 20530 |
| Washington, D.C. 20530 | Telephone: (202) 616-0800 |

*Attorneys for the United States of America*