# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **INTERNET RESEARCH AGENCY, LLC, ET AL.** <br><br> **Defendants.** | Crim. No. 18-cr-32 (DLF) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Michael Dreeben as counsel for the Government in the above-captioned matter.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 29, 2019

*/s/ Michael Dreeben*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*