AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| Internet Research Agency LLC | ) Case No. 1:18-cr-032 |
| | ) |
| | ) |
| | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 7 |
|---|---|---|
| | | Date and Time: 3/20/18  1:45 pm |

This offense is briefly described as follows:

18 U.S.C. 371 (Conspiracy to Defraud the United States)
18 U.S.C. 1349 (Conspiracy to Commit Wire Fraud and Bank Fraud)
18 U.S.C. 1028A (Aggravated Identity Theft)
18 U.S.C. 2 (Aiding and Abetting)

Date: 02/16/2018

_Issuing officer's signature_

U.S. Magistrate Judge G. Michael Harvey
_Printed name and title_

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 3/14/2018

_Server's signature_

ERIC J. REESE, ASSISTANT LEGAL ATTACHE
_Printed name and title_

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1:18-cr-032

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: Internet Research Agency LLC

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 3/13/2018.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* SERGEI PTOV OF THE, who is authorized to receive service of process on behalf of *(name of organization)* PROSECUTOR GENERAL'S OFFICE OF THE RUSSIAN FEDERATION on *(date)* _____ ~~and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States~~; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 3/14/2018

Server's signature

ERIC J. REESE, ASSISTANT LEGAL ATTACHE
Printed name and title

**FILED**
APR - 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Remarks: