AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Internet Research Agency LLC | ) | Case No.   1:18-cr-032 |
| *SAVUSHKINA STREET, Bldg. 55* | ) | |
| *ST. PETERSBURG, RUSSIA 197183* | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place:  U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.:  7 |
|---|---|
| | Date and Time:  3/20/18   1:45 pm |

This offense is briefly described as follows:

18 U.S.C. 371 (Conspiracy to Defraud the United States)
18 U.S.C. 1349 (Conspiracy to Commit Wire Fraud and Bank Fraud)
18 U.S.C. 1028A (Aggravated Identity Theft)
18 U.S.C. 2 (Aiding and Abetting)

Bankruptcy Courts
District of Columbia
TRUE COPY
ANGELA D. CAESAR, Clerk

By _____
Deputy Clerk

Date:     02/16/2018

_____
*Issuing officer's signature*

U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

REFUSED
3/14/18

Date:   3/14/2018

_____
*Server's signature*

ERIC J. REESE, ASSISTANT LEGAL ATTACHE
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.   1:18-cr-032

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:   Internet Research Agency LLC

Last known residence:   *ul. VERNOSTI, Bldg. 3, Room 1-N, St. Petersburg,
Russia, 195220*

Usual place of abode *(if different from residence address):*   *pr. Polyustrovskiy Bldg. 31
Letter A Room 1-N, St. Petersburg, Russia 195221*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of
process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the
United States: _____

_____

## PROOF OF SERVICE

This summons was received by me on *(date)*   **3 | 13 | 2018** .

☐ I personally served the summons on this defendant _____ at

*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____ , a person of suitable age and discretion who resides

there, and I mailed a copy to the individual's last known address; or

☑ I delivered a copy of the summons to *(name of individual)*   ~~SERGEI~~  ПТор  of  the,

~~who is authorized to receive service of process on behalf of~~ *(name of organization)*  ~~Prosecutor General's~~

~~Office of the Russian Federation~~ on *(date)*  ~~and I mailed a copy to~~

~~the organizations's last known address within the district or to its principal place of business elsewhere in the~~

~~United States; or~~

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 3/14/2018  _____
                                  *Server's signature*

                     ERIC J. GEESE, ASSISTANT LEGAL ATTACHE
                                  *Printed name and title*

Remarks: