UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY LLC,** *et al.*<br><br>**Defendants.** | **Crim. No. 18-CR-32 (DLF)** |

## NOTICE OF APPEARANCE

The United States of America hereby informs the Court that Assistant United States Attorney Luke M. Jones is entering his appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

*/s/ Luke M. Jones*
Luke M. Jones
Assistant United States Attorney
VA Bar No. 75053
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7066
luke.jones@usdoj.gov