**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCOR MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

### GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN THE TRANSCRIPT OF THE TELEPHONIC HEARING ON OCTOBER 29, 2019

On October 29, 2019, the Court held an *ex parte*, under seal telephonic hearing with government counsel that is the subject of Defendant Concord Management and Consulting's Motion to Disclose *Ex Parte* Communications Regarding the Government's Intention to Seek a Superseding Indictment [Dkt. No. 225]. The government now requests that the Court issue an order unsealing the transcript of this hearing for the limited purpose of allowing the government to review the transcript and respond to the defense motion, specifically, to determine whether redactions are necessary to protect grand jury material covered by Rule 6(e) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By: /s/_____<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530 | By: /s/_____<br>Jonathan Kravis<br>Luke Jones<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCOR MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## PROPOSED ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the telephonic hearing held on October 29, 2019, it is hereby

ORDERED that the government's motion is GRANTED, and the transcript of the October 29, 2019 telephonic hearing is unsealed for the limited purpose of review by the government. The transcript shall remain sealed for all other purposes until further Order from the Court.

Date: November ___, 2019

_____
Hon. Dabney Friedrich
United States District Judge