UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   **v.**<br><br>**INTERNET RESEARCH AGENCY LLC,** *et al.*<br><br>   **Defendants.** | No. 18-CR-32 (DLF) |

## NOTICE OF APPEARANCE

The United State of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that, in addition to the attorneys whose appearances are already on record, the above-captioned matter is also assigned to Assistant United States Attorney Peter Lallas, who can be contacted at (202) 252-6879 or Peter.Lallas@usdoj.gov, and this is notice of his appearance as co-counsel for the United States.

JESSIE K. LIU,
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:    /s/
Peter C. Lallas
Assistant United States Attorney
New York Bar No. 4290623
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-6879
Peter.Lallas@usdoj.gov