Rev: 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.                        Criminal No.       18-32

INTERNET RESEARCH AGENCY LLC, ET AL    Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on   5/7/2026   from  Judge Dabney L. Friedrich

to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:    Judge Dabney L. Friedrich    & Courtroom Deputy

       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133

       Statistical Clerk